# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

147581(88)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

          SC: 147581
          COA: 306191
          Lapeer CC: 10-010499-FC

ANDREW AUDIE WILLIAMS,
          Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's March 7, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014 _____



Clerk

p0616